**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 10–51550
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joey Lynn Hunt<br>  fdba All American Overhead Door LLC, Tax ID 71–0910896<br>134 Gayle Dr.<br>Troutman, NC 28166<br>Social Security No.: xxx–xx–7950 | Christian Broome Hunt<br>  aka Christy Broome Hunt, aka Christian Ann Broome, dba Hunt's Tax Service, fdba Rick Jays Sports Bar & Grille, fdba All American Overhead Door, Tax ID 71–0910896<br>134 Gayle Dr.<br>Troutman, NC 28166<br>Social Security No.: xxx–xx–8885 |

# ORDER DISMISSING CASE

THIS CAUSE coming on to be heard and being heard by the undersigned United States Bankruptcy Judge, and it appearing to the Court that the above–referenced debtors failed to appear at the § 341(a) Meeting of Creditors. The Trustee recommends the above–captioned case be dismissed.

**NOTICE IS FURTHER GIVEN AND IT IS, THEREFORE, ORDERED** that the case shall be and is hereby **DISMISSED**.

Dated: February 28, 2011                                BY THE COURT


                                                         J. Craig Whitley
                                                         United States Bankruptcy Judge

Electronically filed and signed (2/28/11)